IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02848-CBS | Date: December 1, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                  *Counsel:*

VINCENT GABRIEL,                              *Pro se*

Plaintiff,

v.

WALMART,                                              Katherine Johnson
                                                                    Debra Sutton

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:53 a.m.**
Court calls case. Appearances of counsel.

The Court addresses pending motions.

**ORDERED:** MOTION [9] to Dismiss Defendant's Demand for a Jury is **DENIED.**

MOTION [8] to Quash Wal-Mart's Subpoena for Plaintiff to Produce to Overbroad, Invalid, and Oppressive Demands is **GRANTED.**

Discussion regarding Pilot Program consent. Further discussion regarding discovery. The Court explains the discovery process to Mr. Gabriel.

**PARTIES SHALL ADHERE TO THE FOLLOWING DEADLINES:**
Discovery cut-off: **May 29, 2015.**
Last day to serve written discovery is **April 27, 2015.**
Dispositive motion deadline: **June 30, 2015**
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Affirmative experts shall be designated by: **April 1, 2015**
Rebuttal experts shall be designated by: **May 1, 2015**

**ORDERED:**  Parties shall submit the Pilot Program consent form by **12:00 p.m. December 5, 2014.**  If parties consent, Magistrate Judge Shaffer's chambers will set a telephonic Status Conference to set a Final Pretrial Conference and Trial date.  If parties do not consent, the case will be re-drawn to a District Judge and a Final Pretrial Conference will be set as appropriate.

Hearing Concluded.

**Court in recess: 11:24 a.m.**
Time in court: 01:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.