IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02848-CBS          Date:  April 3, 2015
Courtroom Deputy: Amanda Montoya       FTR – Reporter Deck-Courtroom A402

*Parties:*                             *Counsel:*

VINCENT GABRIEL,                       *Pro se*

Plaintiff,

v.

WALMART,                               Ashley Larson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: DISCOVERY HEARING**
**Court in session: 12:04 p.m.**
Court calls case.  Appearances of counsel.

This hearing is a continuation of the Telephonic Discovery Hearing held on March 27, 2015.

The Plaintiff's interrogatory responses are not signed or verified and there are several outstanding issues with the Plaintiff's responses to requests for production.  Ms. Larson tenders a copy of the Plaintiff's answers to written discovery to the court and Mr. Gabriel.

**ORDERED:**   Mr. Gabriel shall provide supplemental full and complete responses to all Defendant's discovery responses and sign and certify all interrogatory responses by **April 8, 2015.**

The defendant anticipates filing a motion for a Rule 35 examination.  Discussion regarding defense counsel obtaining medical releases.

Mr. Gabriel served requests for admission that exceeded the limit set by the court.  Mr. Gabriel must limit his requests for admission to 25.

Mr. Gabriel's deposition is scheduled for April 17, 2015.  If a dispute arises during the deposition of Mr. Gabriel, parties may contact the court and if available, the court will try to resolve the dispute.

Discussion regarding *MOTION [19] to Join Party, Causes of Action, Remedies, Amend Complaint and to Seek Time Expansion.*

**ORDERED:** *MOTION [19] to Join Party, Causes of Action, Remedies, Amend Complaint and to Seek Time Expansion* is **DENIED without prejudice.**

If Mr. Gabriel wants to file a new motion for leave to file an amended complaint, that motion MUST be filed by **April 10, 2015.**

Hearing Concluded.

**Court in recess: 02:46 p.m.**
Total time in court: 02:42

To order transcripts of hearing with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.