IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02848-CBS              Date: July 7, 2015
Courtroom Deputy: Amanda Montoya        FTR – Reporter Deck-Courtroom A402

*Parties:*                                                 *Counsel:*

VINCENT GABRIEL,                                   *Pro se*

Plaintiff,

v.

WAL-MART STORES, INC., *et al.,*              Katherine Johnson

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 01:34 p.m.**
Court calls case. Appearances of counsel.

This case was set on the docket for 1:00 p.m. Mr. Gabriel did not appear in court until 1:30 p.m. Mr. Gabriel filed *Motion to Stay Case and Compel Mediation to Fully Resolve Settlement* before the start of court. Mr. Gabriel tenders a copy of this motion to the court.

**ORDERED:**   Mr. Gabriel's response to *Defendant's MOTION [43] to Enforce Settlement and Dismiss Case with Prejudice* is due on or before **July 28, 2015.** Once Mr. Gabriel's response is filed, a motion hearing for oral argument will be set. The court expects to rule from the bench during the hearing.

Discussion regarding settlement and mediation. The court will not entertain mediation until after *Defendant's MOTION [43] to Enforce Settlement and Dismiss Case with Prejudice* is decided. The court advises Mr. Gabriel that he cannot keep the settlement money if he does not intend to sign the settlement agreement.

**ORDERED:**   *Addendum to Complaint [13]* is **DENIED without prejudice.**

Hearing Concluded.
**Court in recess: 02:05 p.m.**
Time in court: 00:31
To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.