IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02848-CBS | Date:  October 16, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                    *Counsel:*

VINCENT GABRIEL,                                              *Pro se*

Plaintiff,

v.

WAL-MART STORES, INC., *et al.,*                       Katherine Johnson

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:30 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to the pending motions.

**ORDERED:**    *[47] Plaintiff's Motion to: Object Waiver if Court Record, to Object Denial of Addendum (doc #13) and to Request Judge Shaffer to Recuse for Improper Conduct* is **DENIED** as stated on the record.

*[43] Defendant's Motion to Enforce Settlement and Dismiss Case With Prejudice* is **GRANTED** as stated on the record.  This case is **DISMISSED**  with prejudice.

Mr. Gabriel is advised of his right to appeal.

HEARING CONCLUDED.

**Court in recess: 12:14 p.m.**
Total time in court: 01:44

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.