**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02848-CBS

VINCENT GABRIEL,

    Plaintiff,

v.

WAL-MART STORES, INC.,
WAL-MART STORE 1273,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the COURTROOM MINUTES/MINUTE ORDER [Docket No. 54] of Magistrate Judge Craig B. Shaffer entered on October 16, 2015 it is

    ORDERED that this case is dismissed with prejudice.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Wal-Mart Stores, Inc. and Wal-Mart Store 1273, and against Vincent Gabriel.  It is

    FURTHER ORDERED that all pending motions are DENIED AS MOOT.

    Dated at Denver, Colorado this 16th day of October, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Amanda Montoya

   Amanda Montoya
   Deputy Clerk